

**FELONY**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### SUPERSEDING INDICTMENT FOR VIOLATIONS OF THE
### FEDERAL CONTROLLED SUBSTANCES ACT AND FEDERAL GUN CONTROL ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 09-143 |
| v. | * | SECTION: "B" |
| BRIAN RIGGINS<br>a/k/a "Snag"<br>a/k/a "B" | *<br><br>* | VIOLATIONS: 21 USC § 841(a)(1)<br>21 USC § 841(b)(1)(A)<br>18 USC § 924(c)<br>18 USC § 922(g)(1)<br>18 USC § 924(a)(2) |

\*   \*   \*

The Grand Jury charges that:

### COUNT 1

Beginning on or about March 2008 and continuing until on or about May 14, 2009, in the Eastern District of Louisiana and elsewhere, the defendant, **BRIAN RIGGINS**, a/k/a "Snag", a/k/a "B", did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to possess with the intent to distribute five kilograms or more of cocaine hydrochloride, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A); all in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about March 4, 2009, in the Eastern District of Louisiana, the defendant, **BRIAN RIGGINS**, a/k/a "Snag", a/k/a "B" did knowingly and intentionally possess with the intent to distribute five (5) kilograms or more of cocaine hydrochloride and fifty (50) grams or more of cocaine base ("crack"), both Schedule II narcotic drug controlled substances; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 3

On or about March 4, 2009, in the Eastern District of Louisiana and elsewhere, the defendant, **BRIAN RIGGINS**, a/k/a "Snag", a/k/a "B", did knowingly possess three firearms, to wit: a Ruger, .22 caliber handgun, bearing serial number 260-89832; a Hi-Point, .380 caliber handgun, Model CF380, bearing serial number P906108; and a Winchester, 12 gauge shotgun, Model 1300, bearing serial number L3160167, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States as alleged in Count 2 of the Superseding Indictment, to wit: possession with intent to distribute cocaine hydrochloride and cocaine base ("crack"), in violation of Title 21, United States Code, Sections 841(a)(1); all in violation of Title 18, United States Code, Section 924(c).

## COUNT 4

On or about March 4, 2009, in the Eastern District of Louisiana, the defendant, **BRIAN RIGGINS**, a/k/a "Snag", a/k/a "B", having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on September 7, 2000 in the 24th Judicial District Court, Parish of Jefferson, Case No. 00-2919, Division "D", for possession of cocaine, in violation of LA. R.S. 40:967, and a conviction on December 18, 1995, in the 24th Judicial District Court, Parish of Jefferson, Case No. 95-05070, Division "S", for distribution of cocaine, in violation of LA. R.S. 40:967, did knowingly possess in and affecting interstate commerce, three firearms, to wit: a Ruger, .22 caliber handgun, bearing serial number 260-89832; a Hi-Point, .380 caliber handgun, Model CF380, bearing serial number P906108; and a Winchester, 12 gauge shotgun, Model 1300, bearing serial number L3160167; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 5

On or about March 4, 2009, in the Eastern District of Louisiana and elsewhere, the defendant, **BRIAN RIGGINS**, a/k/a "Snag", a/k/a "B", did knowingly possess a short-barreled shotgun, to wit: a Harrington & Richardson, .410 caliber shotgun, Model 580, bearing serial number H1203, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States as alleged in Counts 1 and 2 of the Superseding Indictment, to wit: conspiracy to posses with intent to distribute cocaine hydrochloride, in violation of Title 21, United States Code, Sections 841(a)(1) and 846; all in violation of Title 18, United States Code, Section 924(c)(1)(B)(i).

## NOTICE OF DRUG FORFEITURE

1. The allegations of Counts 1 and 2 of this superseding indictment are alleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the offenses alleged in Counts 1 and 2, the defendant, **BRIAN RIGGINS**, a/k/a "Snag", a/k/a "B", shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1 and 2 of this superseding indictment.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above-forfeitable property.

All in violation of Title 21, United States Code, Section 853.

## NOTICE OF GUN FORFEITURE

1.  The allegations of Counts 3 through 5 of this superseding indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.  As a result of the offenses alleged in Counts 3 through 5, the defendant, **BRIAN RIGGINS**, a/k/a "Snag", a/k/a "B, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28 United States Code, Section 2461, any firearm or ammunition, which was involved in or used in a knowing violation of Title 18, United States Code, Sections 924(c)(1)(A) and 922(g), as alleged in Counts 3 through 5 of the superseding indictment.

3.  If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third person;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A), 922(g), and 924(d)(1).

A TRUE BILL:

_____
FOREPERSON

_____
JIM LETTEN
United States Attorney
Louisiana Bar Roll Number 8517

_____
JAN MASELLI MANN
First Assistant U.S. Attorney
Louisiana Bar Roll Number 9020

_____
SEAN TOOMEY
Assistant United States Attorney

New Orleans, Louisiana
December 8, 2011

No. 09-143 "B"

UNITED STATES DISTRICT COURT
Eastern District of Louisiana
Criminal Division

# THE UNITED STATES OF AMERICA

vs.

**BRIAN RIGGINS**
a/k/a "Snag"
a/k/a "B"

## INDICTMENT

SUPERSEDING INDICTMENT FOR VIOLATIONS
OF THE FEDERAL CONTROLLED SUBSTANCES
ACT AND FEDERAL GUN CONTROL ACT

VIOLATIONS: 21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
18 U.S.C. § 924(c)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

A true bill _____
Foreperson

Filed in open court this _____ day, of _____ A.D. 2011.

_____
Clerk

Bail, $ _____

**SEAN TOOMEY**
Assistant United States Attorney

FORM OBD-34